# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| <u>MINUTES OF SETTING</u> | | Date: September 24, 1999 |
| RAUL RIVERA ORTIZ | * | |
| Plaintiff | * | |
| v. | * | CIVIL 98-1125 (PG) |
| BAYAMON STEEL PROCESSORS, INC., et al | * | |
| Defendants | * | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, October 27, 1999, at 8:30 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

                                                Lida Isis Egelé
                                                Courtroom Deputy

s/c:   Roberto Maldonado
        Jorge Pizarro García