# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF RE-SETTING</u>                               Date: October 26, 1999

| | |
|---|---|
| RAUL RIVERA ORTIZ | |
| Plaintiff | |
| v. | CIVIL 98-1125 (PG) |
| BAYAMON STEEL PROCESSORS, INC., et al | |
| Defendants | |

By Order of the Court the status conference in the above captioned case, which is set for tomorrow, October 27, is hereby reset for **Wednesday, November 17, 1999, at 8:30 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

Lida Isis Egélé
Courtroom Deputy

s/c:  Roberto Maldonado      (Notified by phone: personally)
      Jorge Pizarro García         "         "         "    Ivette


