# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RAUL RIVERA-DIAZ,
      Plaintiff(s)

      v.                                Civil  No.98-1125(PG)

BAYAMON STEEL PROCESSORS, INC.
AND PLATT METAL MANUFACTURING INC.
      Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #9 - Motion For Final Extension Of Time. | Granted as requested up to today. |

Date: December  14 , 1999.


_Juan M. Perez-Gimenez_
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

