UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAUL RIVERA-DIAZ
    Plaintiff

v.                                      Civ. No. 98-1125(PG)

BAYAMON STEEL PROCESSORS INC.
AND PLATT METAL MANUFACTURING INC
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #7 - Motion To Dismiss For Lack Of Prosecution. | Plaintiff has ten days from this date to show cause why this case should not be dismissed for lack of prosecution as to co-defendant Platt Metal Manufacturing Inc. |
| Docket #8 - Motion For Extension Of Time. | Moot the motion should have been filed as of December 7, 1999. |

Date: December 15, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge