# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                                   Date: December 21, 1999

| | |
|---|---|
| RAUL RIVERA ORTIZ | |
| Plaintiff | |
| v. | CIVIL 98-1125 (PG) |
| BAYAMON STEEL PROCESSORS, INC., et al | |
| Defendants | |

Due to Hurricane Lenny the status conference scheduled for November 17, 1999, could not be held. By Order of the Court a status conference in the above captioned case, is hereby set for **Tuesday, January 11, 2000, at 9:00 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

Lida Isis Egeé
Courtroom Deputy

s/c:   Roberto Maldonado
       Jorge Pizarro García