UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. JUAN M. PEREZ-GIMENEZ**

<u>MINUTES OF PROCEEDINGS</u>              DATE: January 11, 2000

CIVIL CASE NO.98-1125 (PG)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

===============================================================

Raul Rivera-Ortiz                    Attys: Roberto Maldonado
                                            Nieves, Esq.

       Plaintiff
VS.

Bayamon Steel Processors, Inc.       Attys: José González & M.
                                            Quilichini, Esqs.

       Defendant

---

Status Conference not held. The parties are granted until next Friday, January 21, 2000 to notify the Court if case settled and file a notice of voluntary dismissal.

                                                      COURTROOM DEPUTY CLERK

Parties to be notified.