# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                              Date: April 17, 2000

RAUL RIVERA ORTIZ                *
                                 *
    Plaintiff                    *
                                 *
v.                               *           CIVIL 98-1125 (PG)
                                 *
BAYAMON STEEL PROCESSORS,        *
INC., et al                      *
                                 *
    Defendants                   *
                                 *
---------------------------------*

By Order of the Court a settlement conference in the above captioned case, is hereby set for **Thursday, April 27, 2000, at 9:00 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

                                            Lida Isis Egele
                                            Courtroom Deputy

s/c:  Roberto Maldonado    (Notified by phone: personally
        Jorge Pizarro García     "    "    "   Ivonne Jusino