UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 APR 18  AM 2: 44

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

RAUL RIVERA DIAZ,
    Plaintiff,

        v.                                    Civil  No. 98-1125(PG)

BAYAMON STEEL PROCESSORS INC.,
AND PLATT METAL MANUFACTURING, INC.,
    Defendant.

| MOTION | ORDER |
|---|---|
| Docket #15 - Motion Requesting Leave To Submit Exhibit In Spanish. | *Granted* |

Date: ~~January~~ March  3 , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

19