# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                              Date:  May 2, 2000

RAUL RIVERA ORTIZ                    *
                                     *
    Plaintiff                        *
                                     *
    v.                               *         CIVIL 98-1125 (PG)
                                     *
BAYAMON STEEL PROCESSORS,            *
INC., et al                          *
                                     *
    Defendants                       *
                                     *
                                     *
-----------------------------------------*


By Order of the Court the settlement conference in the above captioned case, which was originally set for April 27, 2000, is hereby reset for **Wednesday, May 17, 2000, at 9:00 A.M.** This proceeding will be held before Hon. Juan M. Pérez-Giménez.

                                            Lida Isis Egélé
                                            Courtroom Deputy


s/c:   Roberto Maldonado
       Jorge Pizarro García

