UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV 17 AM 9:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RAUL RIVERA DIAZ,
    Plaintiff,

v.                                    Civil No. 98-1125(PG)

BAYAMON STEEL PROCESSORS INC.,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #24 - Stipulation Of Dismissal With Prejudice. | **APPROVED.** |

Date: _____ November 16, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge