UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV 17 AM 9:32

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| RAUL RIVERA-DIAZ,<br>    Plaintiff,<br><br>    v.<br><br>BAYAMON STEEL PROCESSORS, INC.,<br>AND PLATT METAL MANUFACTURING, INC.,<br>    Defendants. | CIVIL NO. 98-1125(PG) |

## J U D G M E N T

Upon review of the "Stipulation Of Dismissal With Prejudice" signed by both parties and filed on October 27, 2000 (Docket No. 24), and the request therein that the action be dismissed with prejudice ane without the imposition of costs, expenses or attorneys fees, the Court hereby approves said motion. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING with prejudice** the complaint against Bayamón Steel Processors, Inc., and Platt Metal Manufacturing, Inc., without the imposition of costs, expenses or attorneys fees.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _November 16_, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)